**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-6682**

———————

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

RONALD DOERRER,

          Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Louise W. Flanagan, District Judge. (7:14-cr-00013-FL-1)

———————

Submitted: July 21, 2016         Decided: July 22, 2016

———————

Before SHEDD, AGEE, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ronald Doerrer, Appellant Pro Se. Evan Rikhye, Assistant United States Attorney, Raleigh, North Carolina; Joshua Bryan Royster, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Doerrer appeals the district court's order denying his motion to quash writ of garnishment. We have reviewed the record and find no reversible error. Accordingly, we affirm the marginal order of the district court. United States v. Doerrer, No. 7:14-cr-00013-FL-1 (E.D.N.C. May 9, 2016). Doerrer's motion for injunctive relief pending appeal is denied as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED